## GRAVES v. GRAVES.

(Supreme Court, Appellate Division, First Department.    March 31, 1911.)

DIVORCE (§ 213*)—ALIMONY—TEMPORARY ALIMONY.

The court may grant temporary alimony to a wife pending her action, though she is worth between $6,000 and $7,000, including $500 in cash.

[Ed. Note.—For other cases, see Divorce, Cent. Dig. §§ 619–624; Dec. Dig. § 213.*]

McLaughlin, J., dissenting.

Appeal from Special Term, New York County.

Action by Anna G. Graves against George W. Graves. From an order denying a motion for alimony during pendency of action, plaintiff appeals. Reversed, and motion granted.

Argued before INGRAHAM, P. J., and McLAUGHLIN, SCOTT, MILLER, and DOWLING, JJ.

Charles R. Bradbury, for appellant.
James R. Torrance, for respondent.

PER CURIAM. The order appealed from should be reversed, with $10 costs and disbursements, and motion granted, to the extent of allowing plaintiff $15 per week alimony pendente lite.

McLAUGHLIN, J. I dissent. The facts are uncontradicted that the plaintiff has between $6,000 and $7,000 in property, including $500 in cash. Under the authority of Lake v. Lake, 194 N. Y. 179, 87 N. E. 87, the court has no power under such circumstances to grant her alimony.